**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mary Borkuis, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| OM Financial Life Insurance Company, | ) | |
| | ) | Case No. 4:09-cv-065 |
| Defendant. | ) | |

_____

On February 26, 2010, the parties filed a Stipulation of Dismissal. The court **ADOPTS** the parties stipulation. The above-entitled action is **DISMISSED** with prejudice and without costs to either of the parties.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2010.

　　　　　　　　　　　　　　　　　　　　　　　*/s/  Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge